# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Louisville Gas and Electric Company, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 23-1196

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☒ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☒ Intervenor(s) ☐ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Kentucky Municipal Energy Agency | City of Benham, Kentucky |
| Frankfort Electric and Water Plant Board | City of Berea, Kentucky |
| City of Barbourville, Kentucky | City of Corbin, Kentucky |
| City of Bardwell, Kentucky | See additional parties on attached sheet |

### Counsel Information

Lead Counsel: Thomas C. Trauger

Direct Phone: ( 202 ) 879 - 4000 Fax: ( 202 ) 393 - 2866 Email: tom.trauger@spiegelmcd.com

2nd Counsel: Jeffrey M. Bayne

Direct Phone: ( 202 ) 879 - 4000 Fax: ( 202 ) 393 - 2866 Email: jeffrey.bayne@spiegelmcd.com

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Spiegel & McDiarmid LLP

Firm Address: 1875 Eye Street, NW, Suite 700, Washington, DC 20006

Firm Phone: ( 202 ) 879 - 4000 Fax: ( 202 ) 393 - 2866 Email: info@spiegelmcd.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**U.S. Court of Appeals for the District of Columbia Circuit**

**Case No. 23-1196**

**PARTY: Kentucky Municipals**

**ENTRY OF APPEARANCE – Party Information Continued from Previous Page**

City of Falmouth, Kentucky

City of Madisonville, Kentucky

City of Paris, Kentucky

City of Providence, Kentucky

City Utility Commission of the City of Owensboro, Kentucky (d/b/a Owensboro Municipal Utilities)

Kentucky Municipal Power Agency

Electric Plant Board of the City of Paducah, Kentucky (d/b/a Paducah Power System)

Electric Plant Board of the City of Princeton, Kentucky